**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gumercindo J. GONZALEZ,**
**Defendant–Appellant.**

No. 10–15263
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 24, 2011.

Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney, Jamie M. McCall, Christopher Parente, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Allen P. Pegg, Murai, Wald, Biondo & Moreno, P.A., Coral Gables, FL, Gumercindo J. Gonzalez, FDC Miami, Miami, FL, for Defendant–Appellant.

Before WILSON, MARTIN and BLACK, Circuit Judges.

PER CURIAM:

Allen P. Pegg, appointed counsel for Gumercindo Gonzalez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gonzalez's convictions and sentences are **AFFIRMED.**